UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-80592-WPD

LIONAL DALTON,

    Plaintiff,

v.

1710 ATLANTIC, LLC, and THE
ORIGINAL WATER DOCTOR LLC
d/b/a THE WATER DOCTOR,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Stipulation of Dismissal with Prejudice [DE 16], filed herein on June 8, 2016.  The Court has considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-captioned case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed by the parties;

2. All pending motions are **DENIED AS MOOT**.

3. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of June, 2016.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record